1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-6917
7       Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,            )   No. CR 05 00501 JSW
                                        )
14      Plaintiff,                      )   [PROPOSED] ORDER AND STIPULATION
                                        )   EXCLUDING TIME FROM AUGUST 11,
15      v.                              )   2005 TO SEPTEMBER 22, 2005 FROM THE
                                        )   SPEEDY TRIAL ACT CALCULATION
16 MICHAEL ANDREW McELVAIN,             )   (18 U.S.C. § 3161(h)(8)(A))
                                        )
17      Defendant.                      )
                                        )

18

19      The parties appeared before the Court on August 11, 2005. The Court enters this order

20 scheduling a further status hearing on September 22, 2005, at 2:30 p.m., before the Honorable

21 Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

22 § 3161(h)(8)(A), from August 11, 2005 to September 22, 2005. The parties agreed, and the

23 Court found and held, as follows:

24      1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant

25 the requested continuance would unreasonably deny defense counsel reasonable time necessary

26 for effective preparation, taking into account the exercise of due diligence and the need for

27 production and review of discovery, and would deny the defendant continuity of counsel.

28      2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05 00501 JSW

the period from August 11, 2005 to September 22, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 11, 2005 to September 22, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a further hearing on September 22, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, for further status.

IT IS SO STIPULATED.

DATED: ___8/12/05_____       ____/s/_____
                                  TRACIE L. BROWN
                                  Assistant United States Attorney


DATED: _____8/12/05_____       ____/s/_____
                                  RONALD TYLER
                                  Attorney for Ronald Duncan

IT IS SO ORDERED.

DATED: August 15, 2005            _____
                                  THE HON. JEFFREY S. WHITE
                                  United States District Judge

STIPULATION AND ORDER
CR 05 00501 JSW                    2