```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, CA 94102
       Telephone: (415) 436-6917
 7     Facsimile:  (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ANDREW McELVAIN, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05 00501 JSW <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 22, 2005 TO OCTOBER 27, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on September 22, 2005. The Court enters this order scheduling a further status hearing on October 27, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 22, 2005 to October 27, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for production and review of discovery, and would deny the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00501 JSW

the period from August 11, 2005 to September 22, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 22, 2005 to October 27, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing on October 27, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, for further status. To the extent the defendant's counsel wishes to raise any issues as to competency, he should do so in writing no later than 48 hours prior to the October 27, 2005 status hearing.

IT IS SO STIPULATED.

DATED: _____9/26/05_____        ____/s/_____
                                            TRACIE L. BROWN
                                            Assistant United States Attorney


DATED: _____9/26/05_____        ____/s/_____
                                            RONALD TYLER
                                            Attorney for Michael Andrew McElvain

IT IS SO ORDERED.

DATED: September 27, 2005                   _____
                                            THE HON. JEFFREY S. WHITE
                                            United States District Judge

STIPULATION AND ORDER
CR 05-00501 JSW                             2