```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, CA 94102
       Telephone: (415) 436-6917
 7     Facsimile:  (415) 436-7234

 8  Attorneys for Plaintiff
```

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

12

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | No. CR 05 00501 JSW |
| 14 | Plaintiff, ) ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 27, |
| 15 | v. ) ) | 2005 TO NOVEMBER 17, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION |
| 16 | MICHAEL ANDREW McELVAIN, ) ) | (18 U.S.C. § 3161(h)(8)(A)) |
| 17 | Defendant. ) ) | |

18

19   The parties appeared before the Court on October 27, 2005.  The Court enters this order

20 scheduling a further status hearing on November 17, 2005, at 2:30 p.m., before the Honorable

21 Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

22 § 3161(h)(8)(A), from October 27, 2005 to November 17, 2005.  The parties agreed, and the

23 Court found and held, as follows:

24   1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

25 the requested continuance would unreasonably deny defense counsel reasonable time necessary

26 for effective preparation, taking into account the exercise of due diligence and the need for

27 review of discovery, and would deny the defendant continuity of counsel.

28   2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00501 JSW

the period from October 27, 2005 to November 17, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 27, 2005 to November 17, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing on November 17, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, for further status.

IT IS SO STIPULATED.

DATED: _____11/2/05_____          _____/S/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney


DATED: _____                 _____/S/_____
                                              RONALD TYLER
                                              Attorney for Michael Andrew McElvain

IT IS SO ORDERED.

DATED: November 7, 2005                       _____
                                              THE HON. JEFFREY S. WHITE
                                              United States District Judge

STIPULATION AND ORDER
CR 05-00501 JSW                    2