KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 00501 JSW |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 17, 2005 TO JANUARY 12, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| MICHAEL ANDREW McELVAIN, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on November 17, 2005. The Court enters this order scheduling a change of plea hearing on January 12, 2006, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 17, 2005 to January 12, 2006. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for review of discovery, and would deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00501 JSW                        1

the period from November 17, 2005 to January 12, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 17, 2005 to January 12, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing on January 12, 2006, at 2:30 p.m., before the Honorable Jeffrey S. White, for change of plea.

IT IS SO STIPULATED.

DATED: _____12/7/05_____          _____/S/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney


DATED: _____          _____/S/_____
                                      RONALD TYLER
                                      Attorney for Michael Andrew McElvain

IT IS SO ORDERED.

DATED: December 13, 2005          _____
                                  THE HON. JEFFREY S. WHITE
                                  United States District Judge

STIPULATION AND ORDER
CR 05-00501 JSW                                   2