1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6917
7      Facsimile: (415) 436-7234

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,        )   No. CR 05-501 JSW
                                    )
13     Plaintiff,                   )   **UNOPPOSED MOTION TO UNSEAL**
                                    )   **and (PROPOSED) UNSEALING**
14     v.                           )   **ORDER**
                                    )
15 MICHAEL ANDREW McELVAIN,         )
                                    )
16     Defendant.                   )
                                    )
17                                  )
   _____  )
18

19     The government respectfully requests that the plea agreement in this case be unsealed

20 solely for the purpose of providing a copy to the Probation Officer who is preparing the

21 Presentence Report for the Defendant.  The Defendant has no objection to the unsealing of his

22 plea agreement for this purpose.

23 DATED: March 9, 2006                     Respectfully submitted,

24                                          KEVIN V. RYAN
                                            United States Attorney
25

26                                              /S/
                                            _____
                                            TRACIE L. BROWN
27                                          Assistant United States Attorney

28

CR 05-501 JSW
UNSEALING ORDER

DATED: March 9, 2006                                           Respectfully submitted,


                                                                /s/_____
                                                                RONALD TYLER
                                                                Attorney for Michael McElvain

## ~~(PROPOSED)~~ ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the plea agreement in this case be unsealed by the Clerk of the Court, solely for the purpose of permitting the United States Attorney's Office to provide the plea agreement to the Probation Officer preparing the Defendant's Presentence Report.


Dated: March 15, 2006                                  _____
                                                         The Hon. Jeffrey S. White
                                                         United States District Judge

CR 05-501 JSW
UNSEALING ORDER