IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL McELVAIN,<br><br>        Defendant. | No. CR 05-0501 JSW<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from April 20, 2006 until July 6, 2006 at 2:30 p.m. The purpose of the continuance is to allow time to complete the presentence process. Assistant United States Attorney Tracie Brown and Probation Officer Ann Searles have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED**.

DATED: April 17, 2006

                                                  /S/
                                        RONALD TYLER
                                        Assistant Federal Public Defender
                                        Counsel for Michael McElvain

DATED: April 17, 2006

                                                  /S/
                                        TRACIE BROWN
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 19, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING