IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>              Plaintiff,                         )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>MICHAEL McELVAIN,                  )<br>                                                          )<br>              Defendant.                     )<br>_____) | No. CR 05-0501 JSW<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>HEARING |

### STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from July 6, 2006 until September 28, 2006 at 2:30 p.m. Based on the disclosure of the draft presentence report, the parties have learned that the defendant may be exposed through sentencing as a career offender. Such a possibility seriously alters the necessary defense sentencing preparation. Consistence with the need for an adequate defense, counsel intends to pursue extensive additional sentencing mitigation investigation. That investigation would likely include a mental health evaluation. Time will be needed to obtain records, retain and expert, and produce the relevant report. Defense counsel will also be out to the district from July 31, 2006 to August 21, 2006 and September 5, 2006 to September 9, 2006. Assistant United States Attorney Tracie Brown has been contacted and have no objection to continuing the hearing in this matter.

//

//

//

1  **IT IS SO STIPULATED**.

2

3  DATED: June 21, 2006                                   /s/_____
                                                         RONALD TYLER
                                                         Assistant Federal Public Defender
4                                                        Counsel for Michael McElvain

5

6  DATED: June 21, 2006                                   /s/_____
                                                         TRACIE BROWN
                                                         Assistant United States Attorney
7

   IT IS SO ORDERED.
8

9  DATED: June 22, 2006

10                                                       _____
                                                         JEFFREY S. WHITE
11                                                       UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
SENTENCING HEARING                    **- 2 -**