E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0501 JSW |
| ) | |
| Plaintiff, ) | [PROPOSED] SEALING ORDER |
| ) | |
| vs. ) | FILED UNDER SEAL |
| ) | |
| MICHAEL MCELVAIN, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing, it is hereby ordered that the document entitled "DEFENDANT'S SENTENCING MEMORANDUM " be placed under seal.

The *ex parte* motion for this order and this order shall also all be filed under seal.

IT IS SO ORDERED.

Dated: SEP 2 7 2006

_____
JEFFREY S. WHITE
United States District Court Judge

Sealing Order Re: Defendant's Sentencing Mem.
*US v Michael McElvain*, CR 05-0501 JSW           1